**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LAURA PHELAN and JAMES PHELAN,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, d/b/a TARGET, and TARGET STORES,<br><br>Defendant. | ) | Removed from 2021 L 011104<br><br>**Jury Demand** |

**NOTICE OF REMOVAL**

TARGET CORPORATION, the Defendant in the above entitled cause, seeks removal from the Circuit Court of Cook County and to the United States District Court, Northern District of Illinois, Eastern Division and, in support thereof, allege as follows:

1. This action was commenced against TARGET CORPORATION, in the Circuit Court of Cook County, Illinois on 11/15/21. A copy of Plaintiff's Complaint was served upon Defendant TARGET CORPORATION on 11/29/21.

2. At the time the action was commenced and since then, Plaintiff was and is a citizen of the State of Illinois and Defendant, TARGET CORPORATION, was and is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.

3. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, as appears from Plaintiff's Complaint at Law. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Plaintiff LAURA PHELAN allegedly suffered severe and permanent injuries and was and will be hindered and prevented from attending to her usual duties and affairs of life and has lost and will lose the value of that time as aforementioned. Further, Plaintiff LAURA PHELAN allegedly suffered great pain and anguish, both in mind and body and will in the

future, continue to suffer. Plaintiff LAURA PHELAN allegedly further expended and became liable for large sums of money for medical care and services while endeavoring to become healed and cured for her injuries. Plaintiff JAMES PHELAN has alleged loss of consortium. In the Complaint, Plaintiffs have also demanded judgment against Defendant in an amount in excess of the $50,000.00 jurisdictional limits, plus costs. On 3/16/22, Plaintiffs' counsel sent defense counsel correspondence with a list of special damages totaling $52,217.50. (Copies of which are attached hereto and incorporated by reference as Exhibit "B"). On 3/21/22, Plaintiffs' counsel provided defense counsel with a stipulation that Plaintiffs' damages total in excess of $75,000.00, inclusive of interest and costs. On that same date, Plaintiff's counsel confirmed via telephone to defense counsel that he was unable to stipulate that Plaintiffs' damages were below $75,000.00 to keep the case in state court and had no objection to removal. (Copies of which are attached hereto and incorporated by reference as Exhibit "C").

4. This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC § 1332.

5. Defendant attaches to this notice, copies of all process, pleadings, and orders that have been served on it. (Copies of which are attached hereto and incorporated by reference as Exhibit "D").

WHEREFORE, Defendant, TARGET CORPORATION, prays that this cause be removed to the United States District Court for the Northern District of Illinois.

**BRYCE DOWNEY & LENKOV LLC**

TARGET CORPORATION

By: */s/Christopher M. Puckelwartz*
One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501, F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

Christopher M. Puckelwartz, being first duly sworn on oath, deposes and says that:

1. He is one of the attorneys for Defendant in this cause;

2. He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the notice of removal are true and correct.

**BRYCE DOWNEY & LENKOV LLC**

TARGET CORPORATION

By: *<u>/s/Christopher M. Puckelwartz</u>*
One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com