# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Laura Phelan, et al.

                       Plaintiff,

v.                                      Case No.: 1:22–cv–01588
                                            Honorable Sharon Johnson Coleman

Target Corporation

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2023:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the agreed stipulation to dismiss, this case is dismissed with prejudice and without costs to either party. Status hearing set for 5/5/2023 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.